■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE TORMOS et al., against COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK et al.— Motion by Commissioner of Welfare of the City of New York to dismiss appeal granted, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ UNITED STATES OF AMERICA v. SOUTHERN STEAMSHIPS (PROPRIETARY) LIMITED.— Motion to dispense with printing of exhibits granted to the extent of permitting appellant to dispense with printing the Exhibits A and B, as described in the moving affidavit, in the record on appeal, on condition that the appellant submits to this court three copies of said exhibits on or before the Wednesday preceding the first day of the term for which the appeals are noticed for argument. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ UNITED STATES OF AMERICA v. SOUTHERN STEAMSHIPS (PROPRIETARY) LIMITED.— Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of VIVIAN A. COX against CLIFFORD A. SCOTT.— Motion granted insofar as to dispense with printing of the minutes of the hearing before the Referee, in the record on appeal, on condition that the respondent-appellant files with this court six typewritten copies of said minutes at the time of filing the printed record on appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ LAWRENCE R. CONDON v. EDWIN M. SCHWENK et al.— Motion for stay in all respects granted on condition that plaintiff-appellant file with the Clerk of this court, with his record on appeal, 5 sets of photostatic copies of the 24 newspaper pages, the printing of which has been dispensed with. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ JOHN POPKIN v. RUBEL CORPORATION et al.— Motion granted insofar as to modify the order of this court, entered on October 29, 1959, to extend the time for appellants to serve and file the record on appeal and appellants' points to and including January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order of this court entered October 29, 1959 is continued pending the hearing and determination of the appeals. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ DORA RUBINSTEIN et al., v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion to dismiss appeal of The Pennsylvania Railroad Company granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ DORA RUBINSTEIN et al., v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion to dismiss appeal of New Jersey Central Railroad granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ BRUCE ROBINSON v. MARIE GRANT (Formerly Known as MARIE C. ROBINSON).— Motion to dispense with printing denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.